April 24, 1967.

No. 1340, Misc. MYRICKS v. UNITED STATES. C. A. 5th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court.

No. 370, Misc., October Term, 1964. WILLIAMSON ET AL. v. GILMER ET AL.; and

No. 598, Misc., October Term, 1964. WILLIAMSON ET AL. v. GILMER ET AL. Motion to recall orders of this Court and other relief denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this motion. [For earlier orders herein, see 379 U. S. 875, 955.]

No. 744. WALDRON, EXECUTRIX v. CITIES SERVICE Co. C. A. 2d Cir. (Certiorari granted, 385 U. S. 1024.) Motion of respondent to require certification of additional parts of record granted. The expense of printing such additional parts of record shall initially be paid by respondent and ultimately shall abide the judgment of the Court at the conclusion of this case. *Simon Rifkind, Edward N. Costikyan* and *Jay Greenfield* on the motion.

No. 1041. NEZ PERCE TRIBE OF INDIANS v. UNITED STATES. Ct. Cl. Motion of petitioner for clarification of order denying petition for writ of certiorari denied. *Donald C. Gormley* and *Charles A. Hobbs* on the motion. [For earlier order, see *ante,* p. 984.]

No. 1375, Misc. BRULOTTE ET AL. v. MERRILL ET AL., U. S. CIRCUIT JUDGES, ET AL. C. A. 9th Cir. Motion for leave to file petition for writ of mandamus denied. *Arlington C. White, Margaret E. White* and *Cutler W. Halverson* for petitioners.